

# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 10/19/2023

October 18, 2023

Re: *Case 1:23-cv-04451-CM Toro v. Cowtown Boot Company*
Request for Adjournment of Conference

**MEMO ENDORSED**

Dear Judge McMahon:

    Plaintiff respectfully submits this letter-motion to seek an adjournment of the initial pretrial conference, scheduled for October 19, 2023. Plaintiff has not been in communication with the Defendant, whose answer deadline expired on July 3, 2023. As such, a forty-five-day adjournment is being sought to continue to reach out to Defendant informally, up to and until November 4, 2023. If those attempts are unsuccessful, Plaintiff plans on seeking a default judgment.

    We thank the Court for its attention and consideration herein.

Respectfully submitted,

**MARS KHAIMOV LAW, PLLC**

*/s/ Mars Khaimov*
Mars Khaimov, Esq.

Attorneys for Plaintiff

10/19/2023

Conference adjourned to 1/4/2024 @ 10:00 AM

*[Signed] Colleen McMahon*