**Mars Khaimov Law, PLLC**

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

MEMO ENDORSED

**VIA ECF**
Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

12 / 26 / 23

December 23, 2023

Re: *1:23-cv-04451-CM Toro v. Cowtown Boot Company*

Status Letter and Request for Adjournment of Conference

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/23

Dear Judge McMahon,

Plaintiff's counsel submits this letter-motion to seek an Adjournment Initial Conference, currently set for January 4th, 2023 at 10:00 AM. Counsel has been unsuccessful thus far in attempts to communicate with Defendant. Plaintiff requests a 45-day adjournment for Defendant to appear and proposes to reschedule the conference for February 19th, 2024, or a date convenient to the Court. We will continue to contact Defendant informally, and if they fail to appear by the next date, will file for default. This is the second time relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff