UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
Luis Toro,

               Plaintiff(s),

-v-                                                23-CV-4451 (CM)

Cowtown Boot Company,                              ORDER

               Defendant(s).

------------------------------------------------------------X

COLLEEN McMAHON, United States District Judge:

    The Court is conducting a review of its docket and making inquiry into cases where there has been no recent activity. The present case appears to fall into that category.

Accordingly, the parties are directed to file a letter within Seven (7) Days (either jointly or separately) reporting on the status of the current litigation. Failure to respond will result in the dismissal of the above-captioned case for failure to prosecute.

Dated: August 13, 2025

                                                           SO ORDERED:

                                                           United States District Judge

BY ECF TO ALL PARTIES