UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| LUIS TORO, on behalf of himself and all others similarly situated, | Case 1:23-cv-04451-CM |
| Plaintiff, | NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| v. | |
| COWTOWN BOOT COMPANY, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, LUIS TORO, hereby move, at a date and time to be set by the Court, before the Honorable Judge Colleen McMahon at the Courthouse for the Southern District of New York, located at 500 Pearl Street, Room 24A New York, New York 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum of Law in Support of the Motion for Default Judgment, Affirmation in Support of the Motion for Default Judgment, and the accompanying Exhibits.

> THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT AGAINST YOU. IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT ON OR BEFORE SEPTEMBER 30, 2025, THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU. IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE. IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU. ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

Dated: August 20, 2025

Hicksville, New York

**MARS KHAIMOV LAW, PLLC**

By: */s/ Mars Khaimov*
Mars Khaimov, Esq.
mars@khaimovlaw.com
100 Duffy Ave., Suite 510

Hicksville, New York 11801
Tel: (929) 324-0717
*Attorneys for Plaintiff*